# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff

Case Number: 2-11-CV-13219

VS.                               Honorable: Patrick J. Duggan

LARRY ANDERSON,

      Defendant

_____/

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Upon the Notice of the Plaintiff herein, and for the reasons stated in the said Petition,

**IT IS HEREBY ORDERED** that the above matter be dismissed with prejudice and without cost to any party.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 1, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, September 01, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager